**FILED**
**JUN 26 2014**
Clerk, U.S. District and
Bankruptcy Courts

Clerk Office
United States Dist. Court
For The Dist. of Columbia
U.S. Courthouse
333 Constitution Ave N.W.
Washington, D.C. 20001

May 20, 2014
Date

Re: Virgil Hall v. U.S. F.B.O.P., U.S. Attorney General, U.S. Marshal Service

14-1082

Dear Clerk of Court

## MOTION TO SHOW CAUSE

Please issue forth a show cause order w/all documents annexed as presented or issue forth summons to answer by mail at once.

If the matter has went to a magistrate. Please stay that process and have determination or show cause. Note that IFP is granted such that F.R.C.P Rule 4 and Rule 7 demand that the other side answer themselves as does 552a [g].

Thank You
Virgil Hall

Virgil Hall #17730-081
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940